# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED OCTOBER 4, 2013

### NO. 03-13-00283-CV

**J. D. S., Appellant**

**v.**

**Greg Abbott, Attorney General of the State of Texas, Appellee**

**APPEAL FROM THE 345TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES PURYEAR, ROSE, AND GOODWIN
DISMISSED FOR WANT OF PROSECUTION -- OPINION BY JUSTICE GOODWIN**

**IT APPEARING** to this Court that the appellant has failed to prosecute the appeal: **IT IS THEREFORE** considered, adjudged and ordered that the appeal is dismissed for want of prosecution. **IT IS FURTHER** ordered that the appellant pay all costs relating to this appeal both in this Court and the court below; and that this decision be certified below for observance.